IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51300
_____

United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 26, 2005**

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

            Plaintiff - Appellee

     v.

JESUS JOSE GONZALEZ-BARROZA also known as, Jose
Gonzalez-Barroza

            Defendant - Appellant

---------------------
Appeal from the United States District Court
for the Western District of Texas
(04-CR-890)
---------------------

Before JOLLY, HIGGINBOTHAM, and SMITH, Circuit Judges.

PER CURIAM:

     IT IS ORDERED that Appellee's unopposed motion to vacate the

sentence is granted.

     IT IS FURTHER ORDERED that Appellee's unopposed motion to

remand the case to the Western District of Texas, El Paso

Division for resentencing is granted.

_____
     *Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

IT IS FURTHER ORDERED that Appellee's alternative request for an extension of time to file the Appellee's brief 14 days from the denial of Appellee's motion to vacate and remand is denied as unnecessary.